IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| | Case No. 22-CR-520 |
| v. | |
| PAUL LA SCHIAZZA | Hon. Robert W. Gettleman |
| | United States District Court Judge |

**DEFENDANT PAUL LA SCHIAZZA'S PROPOSED STATEMENT OF THE CASE**

Defendant Paul La Schiazza, by and through his undersigned counsel, respectfully submits the following statement of the case:

Defendant Paul La Schiazza is charged with conspiring to commit bribery and with committing bribery, by corruptly agreeing to provide, and corruptly providing, monetary payments to a third party for the benefit of a government official, in order to reward or influence the government official in his official actions related to a particular piece of legislation. He is also charged with use of an interstate facility to promote the alleged bribery. Mr. La Schiazza has pled not guilty to the charges.

[signature on following page]

Dated:  May 10, 2024

Respectfully submitted,

Defendant Paul La Schiazza

By: /s/ *Tinos Diamantatos*
Tinos Diamantatos
Megan R. Braden
Alborz Hassani
Morgan, Lewis & Bockius LLP
110 N. Wacker Drive, Suite 2800
Chicago, Illinois 60606
T: (312) 324-1000
F: (312) 324-1001
tinos.diamantatos@morganlewis.com
megan.braden@morganlewis.com
al.hassani@morganlewis.com

John C. Dodds (admitted *pro hac vice*)
Morgan, Lewis & Bockius LLP
2222 Market Street
Philadelphia, PA 19103-2921
T: (215) 963-5000
F: (215) 963-5001
john.dodds@morganlewis.com

***Attorneys for Paul La Schiazza***

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed on May 10, 2024, using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Tinos Diamantatos*