# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

                                   Plaintiff,

v.                                                              Case No.: 1:22–cr–00520

                                                                               Honorable Robert W. Gettleman

Paul La Schiazza

                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 8, 2024:

      MINUTE entry before the Honorable Robert W. Gettleman as to Paul La Schiazza: Pretrial conference held on 8/8/2024. Defendant appeared by video over Webex. For the reasons stated on the record, Government's Santiago Proffer And Motion To Admit Evidence Pursuant To Federal Rule Of Evidence 801(D)(2)(E) [36] is granted. Defendant Paul La Schiazza's Opposed Motion To Compel Production Of Grand Jury Minutes [64] and Defendant Paul La Schiazza's Motion To Dismiss Counts One And Two Of The Indictment [65] are denied. Government's motions *in limine* 2 and 3 are granted. The defendant may, however, offer evidence that describes not only how the legislature works, but also his own job and the responsibilities of his job and the activities that his job entailed. Defendant's motions *in limine* 8 and 10 are denied consistent with the court's ruling on the Santiago proffer. In court final pretrial conference set for 8/28/2024 at 10:00 a.m. Defendant can appear at the final pretrial conference by video on Webex. Emailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.