IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 22 CR 0520 |
| v. ) | |
| ) | Judge Robert W. Gettleman |
| PAUL La SCHIAZZA ) | |

**ORDER**

Jury deliberations continued on 9/19/2024. The jury report they have reached an impasse and cannot reach a unanimous verdict. For the reasons stated on the record, the court declares a mistrial. The jury is discharged. In court hearing set for 9/24/2024 at 10:00 a.m. Defendant has leave to appear for the 9/24/2024 hearing telephonically. By agreement, the court deems the period of time from 9/19/2024 through 9/24/2024 excludable under 18 U.S.C. § 3161(h)(7)(A)- interest of justice.

(0:20)

ENTER:

*Robert W. Gettleman*
**Robert W. Gettleman**
**United States District Judge**

**DATE: September 19, 2024**